IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEIL H. HEUER, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Case No. 1:17-cv-00147-TSC <br> ) |
| SMITHSONIAN INSTITUTION, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE TO WITHDRAW APPEARANCE AS COUNSEL

Pursuant to Rules of this Court, Allison Baker Shealy, hereby withdraws her appearance as counsel for the Plaintiffs in this matter.

Plaintiffs continue to be represented by Glenn C. Etelson and the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A. and Cory L. Zajdel of Z Law, LLC.

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL PORDY & ECKER, P.A.**

Dated: September 2, 2021

/s/ Allison Baker Shealy
Glenn C. Etelson, Esq. (DC Bar ID #426246)
Allison Baker Shealy, Esq. (DC Bar ID #478202)
12505 Park Potomac Avenue, Sixth Floor
Potomac, MD 20854-6803
Telephone: (301) 230-5200
E-mail:  getelson@shulmanrogers.com
          ashealy@shulmanrogers.com

– and –

**Z LAW, LLC**

/s/ Cory L. Zajdel
Cory L. Zajdel, Esq. (admitted *pro hac vice*)
2345 York Road, Suite #B-13
Timonium, MD 21093
Telephone: (443) 213-1977
E-mail: clz@zlawmaryland.com

*Counsel for Plaintiff Neil H. Heuer and
All Proposed Class Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September 2021, I caused a copy of this Notice to be served through the Court's electronic system on all parties of record.

/s/ Allison Baker Shealy
Allison Baker Shealy