UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NEIL H. HEUER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-cv-0147 (TSC) |
| ) | |
| **SMITHSONIAN INSTITUTION,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For reasons set forth in the accompanying Memorandum Opinion, ECF No. 41,

Defendants' Motion to Dismiss Plaintiff's Amended Complaint, ECF No. 35, is GRANTED.

Date:  August 1, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge